**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: David J Seroy | ) | Case no. 18-05642 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Pamela S. Hollis |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

David J Seroy
Po Box 7276
Romeoville, IL  60446

David M Siegel
790 Chaddick Dr
Wheeling, IL 60090

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523

Please take notice that on Friday, July 12, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, May 22, 2019.

/s/ Benjamin Ruggles

For: Glenn Stearns, Trustee

---

**OBJECTION TO CLAIM # 6**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests disallowance of the above referenced claim pursuant to 11 U.S.C. Section 502(b) and in support thereof, states the following:

1. On February 28, 2018 the Debtor filed a petition under Chapter 13.
2. The bar date for non-governmental creditors to file claims was 5/9/2018.
3. COMED LEGAL REVENUE RECOVERY filed a claim on December 31, 2018 (# 6 on PACER) in the amount of $348.33; the claim was filed after the claims bar date.
4. Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of Comed Legal Revenue Recovery be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted;

/s/ Gerald Mylander

For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888